**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Starr Indemnity & Liability Company,

                      Petitioner,                    19 **CIVIL** 7835 (AJN)

       -against-                              **JUDGMENT**

G&G Underwriters, LLC,

                      Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 9, 2021, the Court DENIES Starr's petition to vacate the arbitration award (Dkt. No. 6) and GRANTS G&G's cross-petition to confirm it (Dkt. No. 8); accordingly, the case is closed**.**

**Dated**: New York, New York
       August 9, 2021

                                            **RUBY J. KRAJICK**
                                                Clerk of Court
                               BY: _____
                                               **Deputy Clerk**